# United States Bankruptcy Court
## Central District of Illinois

In re   **Pekin Country Club, Inc.** _____   Case No. _____
                                        Debtor(s)        Chapter    **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aaron Osing**<br>**211 Wolf Crossing Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Abbey Tilstra**<br>**818 Court Street**<br>**Pekin, IL 61554** | **Member** | | |
| **Alice Cakora**<br>**203 Indian Creek Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Allan Hart**<br>**117 Oklahoma Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Amy Aluyi**<br>**412 W. Madison Street**<br>**Tremont, IL 61568** | **Member** | | |
| **Andy Honegger**<br>**29 Diamond Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Andy Sparks**<br>**1608 Grandlake Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Austin Boyer**<br>**104 Dillon Road**<br>**Pekin, IL 61554** | **Member** | | |
| **Austin Craig**<br>**1116 S. Lee Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Austin Juergens**<br>**4 Cypress Pt.**<br>**Pekin, IL 61554** | **Member** | | |
| **Barry Neal**<br>**1808 Gingoteague Way**<br>**Pekin, IL 61554** | **Member** | | |

Sheet  1 of 17 in List of Equity Security Holders

In re:  **Pekin Country Club, Inc.** _____     Case No. _____

                                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ben Eyster**<br>**217 Pocono Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Bert Wasson**<br>**8538 N. Manito Rd.**<br>**Manito, IL 61546** | **Member** | | |
| **Bill Hiland**<br>**4102 Sheridan Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Bill Shock**<br>**2103 Sierra Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Bob Mowrer**<br>**623 Country Club Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Bob Muntz**<br>**2809 Addison Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Brad Cordts**<br>**3316 Sheridan Road**<br>**Pekin, IL 61554** | **Member** | | |
| **Brad Glassey**<br>**3 Haylake Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Brad Gregurich**<br>**128 S. Rhode Island Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Brad Halverson**<br>**3327 Rosie Way**<br>**Peoria, IL 61615** | **Member** | | |
| **Brad Henseler**<br>**100 Ironwood Drive**<br>**Apt 5**<br>**Pekin, IL 61554** | **Member** | | |
| **Brad Juergens**<br>**802 Audubon Drive**<br>**Pekin, IL 61554** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:   **Pekin Country Club, Inc.** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Brent Glassey**<br>**317 Court St.**<br>**Pekin, IL 61554** | **Member** | | |
| **Brett Jennings**<br>**205 Northshore Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Brian Lee**<br>**106 Country Club Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Bryan Steger**<br>**818 Court Street**<br>**Pekin, IL 61554** | **Member** | | |
| **Buster Hanley**<br>**3711 Grandview Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Cal Jarrett**<br>**5609 N. Western Ave.**<br>**Peoria, IL 61614** | **Member** | | |
| **Caleb Boerger**<br>**1503 S 6th Street**<br>**Pekin, IL 61554** | **Member** | | |
| **Charles VanDyke**<br>**19304 Keller Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Chris McGann**<br>**321 Country Club Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Corey Dullard**<br>**115 N. Louisiana Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Craig Wiegardt**<br>**59 Sapphire Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Dan Rogers**<br>**1013 Kennedy Dr.**<br>**Pekin, IL 61554** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:  **Pekin Country Club, Inc.** _____     Case No. _____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dan Snell**<br>**53 Olympia Fields Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Daniel Custer**<br>**16 Cypress Pt.**<br>**Pekin, IL 61554** | **Member** | | |
| **Danielle Smith**<br>**2004 Sheridan Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Dave Call**<br>**404 Gambel Ct.**<br>**Normal, IL 61761** | **Member** | | |
| **David Crouch**<br>**11 Cypress Pt**<br>**Pekin, IL 61554** | **Member** | | |
| **David Zern**<br>**5 Blueberry Court**<br>**Morton, IL 61550** | **Member** | | |
| **Dennis Dietrich**<br>**2043 El Camino Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Dennis Short**<br>**1519 California Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Derek McCully**<br>**1226 Whetstone Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Dirk Roecker**<br>**1855 Copperfield Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Edgar Sandoval**<br>**1300 Kennedy Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Eric Dicks**<br>**1600 S. 4th Ave.**<br>**Ste. 135**<br>**Morton, IL 61550** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:  **Pekin Country Club, Inc.** _____  Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric Hill**<br>**2211 Sheridan Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Eric Nieukirk**<br>**431 Onyx Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Eric Prichard**<br>**31401 East Ave.**<br>**Mackinaw, IL 61755** | **Member** | | |
| **Eric Wrigley**<br>**309 Barbara Road**<br>**Pekin, IL 61554** | **Member** | | |
| **Gary Krieger**<br>**3501 Cattail Cove**<br>**Pekin, IL 61554** | **Member** | | |
| **Glenn Pitzer**<br>**59 St. Marks Circle**<br>**Morton, IL 61550** | **Member** | | |
| **Greg Esken**<br>**106 Esken**<br>**Washington, IL 61571** | **Member** | | |
| **Ian Keith**<br>**5250 N. Knoxville Ave.**<br>**Peoria, IL 61614** | **Member** | | |
| **Jack Steger**<br>**818 Court Street**<br>**Pekin, IL 61554** | **Member** | | |
| **James Hill**<br>**13 Cypress Pt.**<br>**Pekin, IL 61554** | **Member** | | |
| **Jamie Anderson**<br>**413 Apache Way**<br>**Groveland, IL 61535** | **Member** | | |
| **Janette Smith**<br>**248 Whispering Oaks Drive**<br>**Groveland, IL 61535** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:  **Pekin Country Club, Inc.**                                    Case No. _____

                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason Boeker**<br>**1238 Whetstone Dr.**<br>**Morton, IL 61550** | **Member** | | |
| **Jay Aussieker**<br>**17 Cherry Ln.**<br>**Morton, IL 61550** | **Member** | | |
| **Jean Ann Honegger**<br>**930 East Polk St.**<br>**Morton, IL 61550** | **Member** | | |
| **Jeff LaFary**<br>**1024 N. Maplewood**<br>**Peoria, IL 61606** | **Member** | | |
| **Jeff Muniz**<br>**541 Stoneway Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Jeffrey Fuerst**<br>**17103 Springfield Rd.**<br>**Groveland, IL 61535** | **Member** | | |
| **Jennifer Alexander**<br>**319 Country Club Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Jerry Weiland**<br>**3410 Sheridan Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Jill Luft**<br>**3513 Cattail Cove**<br>**Pekin, IL 61554** | **Member** | | |
| **Jill Peterson**<br>**2828 Black Oak Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Jim Boyle**<br>**1418 Windermere Drive**<br>**Tremont, IL 61568** | **Member** | | |
| **Jim Petrov**<br>**136 E. Lee St.**<br>**Tremont, IL 61568** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:   **Pekin Country Club, Inc.** _____     Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jim Steiner**<br>**1109 Hawthorne**<br>**Pekin, IL 61554** | **Member** | | |
| **Jody Junis**<br>**247 N Pennsylvania Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Joel Jackson**<br>**317 N. Pennsylvania Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **John Conaghan**<br>**606 Country Club Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Jonathan Boerger**<br>**6 Winged Foot Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Josh Brienen**<br>**1123 S. 6th St.**<br>**Pekin, IL 61554** | **Member** | | |
| **Josh Loy**<br>**7 Rainbow Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Joy Wojtas**<br>**204 Pine Valley Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Justin Clark**<br>**2204 Cordova Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Justin Howland**<br>**3075 Grand Ave.**<br>**Galesburg, IL 61401** | **Member** | | |
| **Karen Fort**<br>**52 Olympia Fields Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Karl Jung**<br>**1507 Willow Drive**<br>**Washington, IL 61571** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:  **Pekin Country Club, Inc.** _____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Katelyn Frasco**<br>**116 Crackelwood Lane**<br>**East Peoria, IL 61611** | **Member** | | |
| **Kelsey Hamilton**<br>**18 Osprey Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Kenneth Bradshaw**<br>**3505 Cattail Cove**<br>**Pekin, IL 61554** | **Member** | | |
| **Kevin Baughman**<br>**43 Waldhelm Rd.**<br>**Morton, IL 61550** | **Member** | | |
| **Kevin Frank**<br>**21 Marion Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Kevin Neuhoff**<br>**76 Sapphire Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Kirk Anderson**<br>**24850 Emanuel Lane**<br>**Tremont, IL 61568** | **Member** | | |
| **Kirk Schick**<br>**120 Maple Ridge Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Lauren Blondell**<br>**1613 Night Hawk Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Leroy Compton**<br>**18 Cypress Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Leslie Vallar**<br>**437 Coral Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Logan Van Dewostine**<br>**103 Dillon Road**<br>**Marquette Heights, IL 61554** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:  **Pekin Country Club, Inc.** _____    Case No. _____

_____ Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lori Venovich<br>P.O. Box 502<br>Tremont, IL 61568 | Member | | |
| Lou Miller<br>3743 Grandview<br>Pekin, IL 61554 | Member | | |
| Luke Gruden<br>2621 Sydney Place<br>Pekin, IL 61554 | Member | | |
| Luke Luetkemeyer<br>1624 Grandlake Ct.<br>Pekin, IL 61554 | Member | | |
| M. Christine Campbell<br>4620 Bardsdale Drive<br>Palm Harbor, FL 34685 | Member | | |
| Mack Cakora<br>3648 Eagle Bend<br>Pekin, IL 61554 | Member | | |
| Mallary Roth<br>113 N. Hancock St.<br>Metamora, IL 61548 | Member | | |
| Mary Ann Ladendorf<br>3604 Eagle Bend<br>Pekin, IL 61554 | Member | | |
| Mary Bagley<br>C/O Busey Wealth Mgt.<br>6699 N. Sheridan Road<br>Peoria, IL 61614 | Member | | |
| Matt Compton<br>34 Newport Ct.<br>Morton, IL 61550 | Member | | |
| Matt Hefflefinger<br>258 Turtle Creek Trail<br>Morton, IL 61550 | Member | | |
| Matt McDonough<br>101 N. Kansas Ave.<br>Morton, IL 61550 | Member | | |

List of equity security holders consists of 17 total page(s)

In re:  **Pekin Country Club, Inc.**                                    Case No. _____
_____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Matt Riehle**<br>**30 Waldhelm Road**<br>**Morton, IL 61550** | **Member** | | |
| **Matt Vick**<br>**5016 Farmington Rd.**<br>**Apt. 3**<br>**Peoria, IL 61604** | **Member** | | |
| **Matthew Taphorn**<br>**140 S. Rhode Island Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Megan McGinnis**<br>**3631 Eagle Bend**<br>**Pekin, IL 61554** | **Member** | | |
| **Meredith McDonough**<br>**101 N. Kansas Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Michael Bianchi**<br>**1509 W. Shore Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Michael Mahoney**<br>**4814 Prospect Rd.**<br>**Peoria Heights, IL 61616** | **Member** | | |
| **Michael McCafferty**<br>**1 Legacy Lane**<br>**Pekin, IL 61554** | **Member** | | |
| **Michael Zabinski**<br>**83 Diamond Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Michele Moul**<br>**209 Dogwood Ln.**<br>**Pekin, IL 61554** | **Member** | | |
| **Mike Brennemann**<br>**2985 Sheridan Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Mike Danner**<br>**1426 Valle Vista Blvd.**<br>**Pekin, IL 61554** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:   **Pekin Country Club, Inc.** _____     Case No. _____
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Gardner**<br>**3310 W Brookside Drive**<br>**Peoria, IL 61615** | **Member** | | |
| **Mike Shrier**<br>**1800 Riverway Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Mike Winn**<br>**26 Blackberry Ln.**<br>**Morton, IL 61550** | **Member** | | |
| **Nick Hill**<br>**3727 Grandview Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Pat Oberle**<br>**2807 Broadway Rd.**<br>**Ste. B**<br>**Pekin, IL 61554** | **Member** | | |
| **Pat Taphorn**<br>**3414 Sheridan Road**<br>**Pekin, IL 61554** | **Member** | | |
| **Paul Cronin**<br>**120 W. Jefferson**<br>**Apt. 23**<br>**Morton, IL 61550** | **Member** | | |
| **Paul Reali**<br>**12 Cypress Pt.**<br>**Pekin, IL 61554** | **Member** | | |
| **Randy McDaniels**<br>**3069 Mall Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Ray Barnes**<br>**1 Oakhill Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Rebecca Maquet**<br>**1617 Grandlake Court**<br>**Pekin, IL 61554** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:   **Pekin Country Club, Inc.** _____   Case No. _____
                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Reggie Bowman**<br>**2507 W. Whittington Way**<br>**Dunlap, IL 61525** | **Member** | | |
| **Rex VanRheeden**<br>**16875 Springfield Road**<br>**Pekin, IL 61554-4000** | **Member** | | |
| **Richard Kriegsman**<br>**P.O. Box 874**<br>**Pekin, IL 61554** | **Member** | | |
| **Rick Jameson**<br>**417 Locust St.**<br>**Tremont, IL 61568** | **Member** | | |
| **Rick Simon**<br>**1715 Vista Grande Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Robert Juricic**<br>**200 W. Crestwood Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Robert Westbrook**<br>**5 Cypress Pt.**<br>**Pekin, IL 61554** | **Member** | | |
| **Ron Juricic**<br>**1040 E. Dunne St.**<br>**Morton, IL 61550** | **Member** | | |
| **Ron Olson**<br>**68 Sapphire Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Ronald Champagne**<br>**8 Olympia Fields Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Ronald Sefried**<br>**1708 Winged Foot Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Ryan Bannon**<br>**720 Illini Drive**<br>**East Peoria, IL 61611** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:   **Pekin Country Club, Inc.** _____       Case No. _____

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ryan Cakora**<br>**422 Catherine Street**<br>**Pekin, IL 61554** | **Member** | | |
| **Ryan Saurs**<br>**2 Cardinal Crest**<br>**Pekin, IL 61554** | **Member** | | |
| **Ryan Wrigley**<br>**2220 Crestview Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Sam Garmon**<br>**6707 S. Lincoln**<br>**Tremont, IL 61568** | **Member** | | |
| **Sarah Calhoun**<br>**1324 Hilltop Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Sarah Westbrook**<br>**517 Pennsylvania Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Schad Martin**<br>**1604 Night Hawk Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Scott Kriegsman**<br>**2 Martin Lane**<br>**Pekin, IL 61554** | **Member** | | |
| **Scott Martin**<br>**9 W. Sycamore St.**<br>**Chillicothe, IL 61523** | **Member** | | |
| **Scott Patton**<br>**78 Forestview Rd.**<br>**Morton, IL 61550** | **Member** | | |
| **Scott Young**<br>**204 Conaghan Drive**<br>**Groveland, IL 61535** | **Member** | | |
| **Sean Slattery**<br>**809 Dillon Drive**<br>**Normal, IL 61761** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:    **Pekin Country Club, Inc.** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shane McCafferty**<br>**1207 Weatherspoon Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Shawn Taylor**<br>**802 S. 4th Street**<br>**Pekin, IL 61554** | **Member** | | |
| **Stefanie Yeske**<br>**3328 N. Hilton Lane**<br>**Peoria, IL 61607** | **Member** | | |
| **Stephen Dickey**<br>**215 Indian Creek Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Steven Bucher**<br>**38 Sapphire Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Steven Clark**<br>**20 Marion Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Susan Rudd**<br>**1813 Winged Foot Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Susan Speichinger**<br>**27 Timberlane Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Tanner Gray**<br>**216 Eagle Drive**<br>**Green Valley, IL 61534** | **Member** | | |
| **Tate Kaiser**<br>**91 Maple Ridge Dr.**<br>**Morton, IL 61550** | **Member** | | |
| **Tatum Dowell**<br>**79 Diamond Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Thad Kuhfuss**<br>**416 Main Street**<br>**PO Box 853**<br>**Minier, IL 61759** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:  **Pekin Country Club, Inc.** _____     Case No. _____
                                                Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas Gill**<br>**518 N Minnesota Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Thomas Shrier**<br>**1800 Riverway**<br>**Pekin, IL 61554** | **Member** | | |
| **Tim Saurs**<br>**2731 Aspen Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Tim Sheppard**<br>**108 Kaskaskia Ct.**<br>**East Peoria, IL 61611** | **Member** | | |
| **Tim Taylor**<br>**1244 Wheatfield Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Tim Walters**<br>**7722 W US Hwy 150**<br>**Edwards, IL 61528** | **Member** | | |
| **Timothy Glass**<br>**100 Broadway Rd.**<br>**Pekin, IL 61554** | **Member** | | |
| **Timothy Schwartz**<br>**1411 N. 10th Street**<br>**Pekin, IL 61554** | **Member** | | |
| **Todd Erwin**<br>**3739 Grandview Ct.**<br>**Pekin, IL 61554** | **Member** | | |
| **Todd Osing**<br>**211 Wolf Crossing**<br>**Morton, IL 61550** | **Member** | | |
| **Todd Tucker**<br>**504 Country Club Dr.**<br>**Pekin, IL 61554** | **Member** | | |
| **Tom Amarantos**<br>**7409 N. Oxford Place**<br>**Peoria, IL 61614** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:   **Pekin Country Club, Inc.** _____     Case No. _____
                                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tom Nelson**<br>**7 Winged Foot Drive**<br>**Pekin, IL 61554** | **Member** | | |
| **Tom Wiegand**<br>**110 E. Maywood Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Tony Laesch**<br>**1700 Gingoteague Way**<br>**Pekin, IL 61554** | **Member** | | |
| **Travis Yordy**<br>**65 Blackberry Lane**<br>**Morton, IL 61550** | **Member** | | |
| **Troy Dowell**<br>**79 Diamond Pt.**<br>**Morton, IL 61550** | **Member** | | |
| **Tyler Halverson**<br>**247 Wolf Crossing**<br>**Morton, IL 61550** | **Member** | | |
| **Tyler Peterson**<br>**213 Pennsylvania Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Tyler Schneider**<br>**1248 Wheatfield Drive**<br>**Morton, IL 61550** | **Member** | | |
| **Will Waibel**<br>**202 S. 4th Street**<br>**Morton, IL 61550** | **Member** | | |
| **Zach Zobrist**<br>**2221 N. Morton Ave.**<br>**Morton, IL 61550** | **Member** | | |
| **Zachariah Hughes**<br>**52 Oregon Ct.**<br>**Morton, IL 61550** | **Member** | | |

List of equity security holders consists of 17 total page(s)

In re:   **Pekin Country Club, Inc.**                                    Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Designated Bankruptcy Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 8, 2024**                              Signature   **/s/ Matthew Taphorn**
                                                                   **Matthew Taphorn**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 17 total page(s)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pekin Country Club, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-0457520** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **310 Country Club Drive** **Pekin, IL 61554** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Tazewell** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **pekincc.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Pekin Country Club, Inc. | | Case number (*if known*) | |
|--------|--------------------------|---|--------------------------|---|
| | Name | | | |

**7.** **Describe debtor's business**

    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

    B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        7139

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|----------|---|------|---|-------------|---|
| | District | | When | | Case number | |

---

| Debtor | **Pekin Country Club, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Pekin Country Club, Inc.**                                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Pekin Country Club, Inc.**                                              Case number (*if known*) _____
_____Name_____

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 8, 2024**
_____
MM / DD / YYYY

**X** **/s/ Matthew Taphorn**                                    **Matthew Taphorn**
_____              _____
Signature of authorized representative of debtor         Printed name

Title    **President/Designated Bankruptcy Representative**
_____

**18. Signature of attorney**

**X** **/s/ Sumner A. Bourne**                         Date  **March 8, 2024**
_____              _____
Signature of attorney for debtor                      MM / DD / YYYY

**Sumner A. Bourne**
_____
Printed name

**Rafool & Bourne, P.C.**
_____
Firm name

**401 Main Street, Suite 1130**
**Peoria, IL 61602**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(309) 673-5535**         Email address   **notices@rafoolbourne.com**
_____              _____

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name          **Pekin Country Club, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 8, 2024**          X **/s/ Matthew Taphorn**
                                              Signature of individual signing on behalf of debtor

                                          **Matthew Taphorn**
                                          Printed name

                                          **President/Designated Bankruptcy Representative**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Pekin Country Club, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acushnet Titleist P.O. Box 966 Fairhaven, MA 02719** | **joe_gomes@acushnetgolf.com** | | | | | **$29,190.00** |
| **Adidas America 5955 N. Greeley Avenue Portland, OR 97217** | **bulksales@adidas.com** | | | | | **$25,293.00** |
| **Ameren Illinois Credit and Collections 2105 E. State Route 104 Pawnee, IL 62558** | **ttosh@ameren.com** | | | | | **$10,313.00** |
| **Aramark 1101 Market Street Philadelphia, PA 19107** | **harrington-lauren@aramark.com** | | | | | **$5,009.00** |
| **Callaway Golf 2180 Rutherford Road Carlsbad, CA 92008** | **usacustomerservice@callawaygolf.com** | | | | | **$9,490.00** |
| **DLL Finance De Lage Landen Renting Solutions 8001 Birchwood Court P.O. Box 2000 Johnston, IA 50131** | **contactus@dllgroup.com** | | | | | **$22,814.00** |
| **Heritage Landscape Supply Group Inc. 7440 S. Highway 121 McKinney, TX 75070** | **info@heritagelsg.com)** | | | | | **$113,880.00** |

Debtor   **Pekin Country Club, Inc.**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hohulin Fencse 116 Harrison Street Goodfield, IL 61742** | **sdmoses@hohulinfence.com** | | | | | **$3,579.00** |
| **Huntington Bankk 41 South High Street Columbus, OH 43287** | **sue.roberts@huntington.com** | | | | | **$18,922.00** |
| **Illinois American Water Americant Water Works Attn: Collection Department P.O. Box 578 Alton, IL 62002** | **Dana Mitchell csc.bankruptcy@amwater.com** | | | | | **$43,851.00** |
| **Johnson Mechanical Service Inc. 1820 Riverway Drive Pekin, IL 61554** | **accounting@jmsinc.net** | | | | | **$13,115.00** |
| **Kelch Turf Farm and Landscaping 8313 N. Garden Street Edwards, IL 61528** | **contact@kelchturffarm.com** | | | | | **$6,000.00** |
| **Landmark Golf Course Products W184S8425 Challenger Drive Muskego, WI 53150** | **dexter@rinowood.com** | | | | | **$4,095.00** |
| **Morton Community Bank Visa P.O. Box 4513 Carol Stream, IL 60197** | **Josh.Graber@mortonbank.com** | | | | | **$9,201.00** |
| **MTI Distributing 8901 Springdale Avenue Saint Louis, MO 63134** | **finance@mtidistributing.com** | | | | | **$6,144.00** |
| **SiteOne Landscape Supply 128 Thunderbird Lane East Peoria, IL 61611** | **customersupport@ec.siteone.com** | | | | | **$9,480.00** |
| **Sysco Corp 1 Sysco Drive Lincoln, IL 62656** | **Shaunett.Street@sysco.com** | | | | | **$21,664.00** |

Debtor   **Pekin Country Club, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TravisMathew Brands 15202 Graham Street Huntington Beach, CA 92649** | **customerservice@travismathew,com** | | | | | **$5,961.00** |
| **Van Diest Supply Co. 163 E. Wise Road Decatur, IL 62526** | **bill.smith@vdsc.com** | | | | | **$14,043.00** |
| **XCell Mechanical 30068 Illinois Route 9 Mackinaw, IL 61755** | **info@xcellmechanicalservices.com** | | | | | **$11,107.00** |

# United States Bankruptcy Court
## Central District of Illinois

In re   __Pekin Country Club, Inc.__                                    Case No. _____

                                              Debtor(s)          Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President/Designated Bankruptcy Representative of the corporation named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge.

Date:   __March 8, 2024__                    __/s/ Matthew Taphorn__

                                              **Matthew Taphorn/President/Designated Bankruptcy
                                              Representative**
                                              Signer/Title

# United States Bankruptcy Court
## Central District of Illinois

In re   **Pekin Country Club, Inc.** _____    Case No. _____

Debtor(s)    Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pekin Country Club, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 8, 2024** _____
Date

**/s/ Sumner A. Bourne** _____
**Sumner A. Bourne**
Signature of Attorney or Litigant
Counsel for   **Pekin Country Club, Inc.** _____
**Rafool & Bourne, P.C.**
**401 Main Street, Suite 1130**
**Peoria, IL 61602**
**(309) 673-5535 Fax:(309) 673-5537**
**notices@rafoolbourne.com**